IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>BLACK & DECKER (U.S.) INC. and BLACK & DECKER INC.,<br><br>    Defendants. | Civil Action No. 06-C-0131<br><br>Judge C. N. Clevert, Jr.<br><br>**STIPULATED ORDER OF DISMISSAL** |
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.,<br><br>    Counter-Plaintiffs,<br><br> v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>    Counter-Defendant. | |

  This action has come before the Court and it has been represented to the Court that Plaintiff and Counter-Defendant, Milwaukee Electric Tool Corporation, and Defendants and Counter-Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc., have entered into a Settlement Agreement and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were brought in this Civil Action.

  WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

  1. All claims, defenses and/or counterclaims that were made by and between the parties relating to this Civil Action are hereby dismissed with prejudice.

  2. Each party shall bear its own costs and attorneys' fees.

3. This Court retains jurisdiction over the parties for the purpose of enforcing the Settlement Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

SO ORDERED:

Dated:_____          _____
                                   United States District Judge

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Raymond P. Niro, Jr. (with permission) | /s/ Richard H. Marschall |
| Raymond P. Niro, Jr. | Michael E. Husmann |
|     rnirojr@nshn.com |     mehusmann@michaelbest.com |
| Dina M. Hayes | Richard H. Marschall |
|     hayes@nshn.com |     rhmarschall@michaelbest.com |
| Frederick C. Laney | MICHAEL BEST & FRIEDRICH LLP |
|     laney@nshn.com | 100 E. Wisconsin Ave., Suite 3300 |
| NIRO, SCAVONE, HALLER & NIRO | Milwaukee, Wisconsin 53202 |
| 181 West Madison, Suite 4600 | Phone: (414) 271-6560 |
| Chicago, Illinois 60602-4515 | Fax: (414) 277-0656 |
| Phone: (312) 236-0733 | |
| Fax: (312) 236-3137 | **Attorneys for Milwaukee Electric Tool Corporation** |
| | |
| Kevin J. Kinney | |
|     kjk@kclegal.com | |
| KRUKOWSKI & COSTELLO, S.C. | |
| 7111 West Edgerton Avenue | |
| Milwaukee, Wisconsin 53220 | |
| Phone: (414) 423-1330 | |
| Fax: (414) 423-8755 | |
| | |
| **Attorneys for Black & Decker Inc. and Black & Decker (U.S.) Inc.** | |