

Thank you for filing your documents electronically. Document number 22,
contains a Proposed Order which should have been uploaded as a separate
attachment. Please separate attachments on future filings. This filing
is satisfactory and it is not necessary to re-file. Please assure that
the Proposed Order is e-mailed, in word processing format (Not PDF), to
the assigned Judge's proposed order email address. See section II.F. of
the Civil Electronic Case Filing Policies and Procedures Manual for
detailed procedures and the Judge's e-mail addresses. If you have
questions, please contact me. Thank you.

Katina Hubacz
Clerk's Office,
U.S. District Court 414-297-1200
Katina_Hubacz@wied.uscourts.gov