AO 120 (3/04)

| TO: Mail Stop 8<br>Director of the US Patent and Trademark Office<br>PO Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In compliance 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern District of Wisconsin on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 06-CV-131 | 1/31/06 | USDC EDWI Milwaukee, WI |

| PLAINTIFF | DEFENDANT |
|---|---|
| Milwaukee Electric Tool Corporation | Black & Decker (U.S.), Inc. and Black & Decker, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 - 6,991,008 | 1/31/06 | Milwaukee Electric Tool |
| 2 - 6,951,232 | 10/4/05 | Milwaukee Electric Tool |
| 3 - | | |
| 4 - | | |
| 5 - | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, following decision has been rendered or judgment issued:

DECISION/JUDGMENT

Stipulation of Dismissal entered on 4/26/07.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| JON W. SANFILIPPO | s/Katina Hubacz | 4/27/07 |

1 - Upon initiation of action, mail this copy to Commissioner    2 - Upon filing of document adding patent(s), mail this copy to Commissioner
3 - Upon termination of action, mail this copy to Commissioner    4 - Case File Copy

Case 2:06-cv-00131-CNC    Filed 04/27/07    Page 1 of 1    Document 24